RONALD OSINSKI et al., Individually and as Parents and Natural Guardians of JAMES OSINSKI, an Infant, Respondents, v PARVIZ TAEFI, M.D., Appellant. [724 NYS2d 395] —Order and judgment affirmed with costs for reasons stated at Supreme Court, Mintz, J.

All concur; Wisner, J., not participating. (Appeal from Order and Judgment of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Burns, JJ.